IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JASON EDWARD FENNER                                              PETITIONER

v.                          Civil No. 06-5029

LARRY NORRIS, Director,
Arkansas Department of Correction                                RESPONDENT

## O R D E R

Petitioner's application to proceed in forma pauperis is hereby granted. A decision regarding service on respondent will be made at a later date.

IT IS SO ORDERED this 28th day of February 2006.

/s/Beverly Stites Jones
**HON. BEVERLY STITES JONES**
**UNITED STATES MAGISTRATE JUDGE**