IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JASON EDWARD FENNER                                        PETITIONER

v.                      Civil No. 06-5029

LARRY NORRIS, Director,
Arkansas Department of Correction                       RESPONDENT

## O R D E R

Now on this 22nd day of May, 2006, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #13) herein and the petitioner's objections to the Report and Recommendation (document #14) which was filed by Jason Edward Fenner on May 10, 2006. The Court, being well and sufficiently advised, finds that the petitioner's objections offer neither law nor fact requiring departure from the Report and Recommendation and the same should be, and it hereby is, adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation of the Magistrate Judge** is **adopted *in toto***. Accordingly, the Court hereby adopts the Report and Recommendations and this action is **dismissed with prejudice** on the ground that it is barred by the one-year statute of limitations of the Antiterrorism and Effective Death Penalty Act ("AEDPA") of 1996.

**IT IS SO ORDERED.**

                                               **/s/Jimm Larry Hendren**
                                               **HON. JIMM LARRY HENDREN**
                                               **UNITED STATES DISTRICT JUDGE**