IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION

**JASON EDWARD FENNER**                                         **PETITIONER**

**v.**                    **Civil No. 06-5029**

**LARRY NORRIS, Director,**
**Arkansas Department of Correction**                           **RESPONDENT**

                         **O R D E R**

   Now on this 14th day of June, 2006, the Court takes note that the petitioner, Jason Edward Fenner, has filed a Notice of Appeal (documents #16 and #18), and there being no substantial showing of the denial of a constitutional right, hereby declines to issue a Certificate of Appealability pursuant to 28 U.S.C. § 2253.

   **IT IS SO ORDERED.**

                              **/s/Jimm Larry Hendren**
                              **HON. JIMM LARRY HENDREN**
                              **UNITED STATES DISTRICT JUDGE**